In The United States District Court For
The Central district of Illinois

Christopher Scott # R-31806
        Plaintiff                          Case No.

 vs.

Defendants
Sergeant Waterstraat,
Former Warden J. hammers
Correctional officer Bowen
John Doe # 11 Correctional officer. From 1-21-20
Correctional officer Lieutant Forman
Correctional officer Sgt. Fink
Correctional officer T. HAM - is a Food Supervisor Now
Correctional officer Lieutant Givens
Correctional officer Sgt. Hettinger
Correctional officer Rettenmeyer
Correctional officer John Doe # 12
Correctional officer Franklin And Defendants McAdams and
Correctional officer Hasten, Defendant Chief engineer Robinson,
                    Count-2
Correctional officer. Lieutant Gandara,
Defendant J. Kessinger, Defendant Forman, Lit Knight,
Defendant Hettinger, Defendant Lt Manton, Defendant Lindgren

1A of 10

Defendant  Langan

Defendant  Justin Hammers  (Former Warden)

Defendant  Brittany Greene  (Warden)

Defendant  Chief Enginer  Robinson

Defendant  Lindgren  is one of the John Doe's

Defendant  Barfield  (Sergeant)

Defendant  Shields  (Sergeant) 3pm - 11pm shift

Defendant  Lieutant  John Doe #1    7:30am shift    July 8, 2020   white male

Defendant  Sergeant  John Doe #2    3pm shift    July 25, 2020  white male

~~Defendant  Sergeant  John Doe #3    Sergeant    August 2, 2020  (Sgt) white male~~

Defendant  John Doe #4    3pm shift   August 15, 2020 (Wing Officer) white male

Defendant  John Doe #6    3pm shift  Sergeant  July 24, 2020  (Sgt) white male

Defendant  John Doe #7

Defendant  Sergeant  John Doe #8   3pm shift   July 15, 2021  (Sgt)

Defendant  Sergeant  John Doe #10   3pm shift   August 11, 2021  D-Wing (Sgt)

## Civil Rights Act Complaint
### titled 42 Section 1983 U.S Code

## I.  Jurisdiction & Venue

2 A  of  10

This Action Arises Under The United States Constitution and The Civil Rights Act of 1871 { 42 U.S.C. Section 1983}. This Court has Jurisdiction Under Virtue of 28 USC Section 1343 (A.3) { 1331, Venue is Founded in the Judicial Court upon 28 U.S.C. Section 1391, to Redress The deprivations under color of the state { Federal Law of Rights Secured By the Constitution of the United States that Arose out of the Central district complained of.

Plaintiff:

Christopher Scott #R-31806
2500 Route 99 South, mount Sterling - IL 62353

II. Defendants: All Defendants Named and John Does are the Illinois Department of Corrections Employees, Assigned to the Western Corr Center. The John Doe's Are Defendants Whom refuses to wear their Identification Cards As required Preventing prisoner to know their Names to File Grievances Etc → 2500 Route 99 South, ~~mount sterling~~ mount sterling - IL 62353

Count-1 and Count 2 are together Just Separated By the Seasons of Winter { Summer to Not Confuse the Court. Plaintiff have Waited for months to retrieve Grievances Not returned { decisions from The A.R.B Which have made ~~this~~ plaintiff file complaint ~~grievances~~ without the Original grievances Just Denials and Grievance Numbers As Evidence.

3A of 10

This Action Arises under the United States Constitution and The Civil Rights Act of 1871 {42 U.S.C Section 1983}. This Court has Jurisdiction under virtue of 28 USC Section 1343 (A.3) & 1331, Venue is Founded in the Judicial Court upon 28 U.S.C Section 1391, to Redress The deprivations under Color of the State & Federal Law of Rights Secured By the Constitution of the United States that Arose out of the Central District Complained of.

PlaintiFF. Christopher Scott #R-31806

   2500 Route 99 South, Mount Sterling Illinois 62353


II. DeFendants. All DeFendants Named and listed As John Doe's Are The Illinois Dept of Corrections Employees Assigned to the Western Corr Center. The John Does Are Defendants Whom Refuses to Wear their Identification Cards as Required preventing Plaintiff to know to File grievances.→ 2500 Route 99 South - Mount Sterling, ILL 62353


Count - 1 and Count - 2 Are together as Conditions of Confinement Violations Just Separated By the Winter & Summer months to Not Confuse the Court. Thus Original grievances of Some in Complaint Was NOT Returned By the Administration Review Board But the Final decisions By the Administrative Review Board Proves Grievances Was Fully Exhausted

3A of 10

Defendants:

(1). Sergeant Waterstraat (2) J. hammer's, (3) Officer Bowen whom is Now a (sgt) (4) Officer John Doe #11, (5). Lieutant Forman (6.) Sergeant Fink, (7) Officer T. Ham (8) Lieutant Givens (9) Sergeant Hettinger (10) Officer Rettenmeyer (11.) Officer John Doe #12, (12) Officer Franklin, (13) Officer McAdams (14.) Officer hasten, (15) Chief Engineer Robinson

Defendants:          Count-2

(16) Lieutant Gandara, (17) Officer J. Kessinger, 18. Lieutant Forman (19). Sergeant Hettinger, 20. Lieutant Manton (21). officer Lindgren (22). Officer Langan (23) Justin hammers (24) Brittany greene (25) Chief Engineer Robinson (26) Barfield Sergeant, (27) Sergeant shields (28) John Doe #1 (29) John Doe #2 (30) John Doe #3 (31) John Doe #4 (32) John Doe #6 (33) John Doe #7 (34) John Doe #8 (35) John Doe #10

Each Defendant is Sued Individually And in his and Her's Official Capacity & at all times Mentioned in this complaint Each defendant Acted under Color of state & Federal Law.

III Litigation History & Previous Lawsuits; Yes

On January 2015 Filed Civil Rights Complaint Case No. 15-28-Smy-PmF Reached Forced Settlement of $ 2,000.⁰⁰ in June 2018 due to Recruited Counsel Didn't have Faith and refused to Continue to Negotiate Back and Firth,

4A of 10

Plaintiff filed Suit 17-CV-1127-scw INAdequate medical Care was Dismissed At summary Judgement unfairly. Case No. 18-1482-smy was Dismissed without Prejudice with No strike to allow Plaintiff to refile which was 3:18-CV-02083-RJD INAdequate medical Care was dismissed at Summary Judgment unfairly. Plaintiff filed 3:19-CV-00671-RJD Still Pending Within the Southren district.

Exhaustion; OF Administrative Remedies: Yes

(A). Yes  There is a Grievance Process

(B). Yes  Plaintiff has filed over 10 Grievances

(C)  Yes.  Plaintiff have Exhausted his Administrative Review Resulted iN Denials & Some Grievances Not Returned for Plaintiff to show iN This Cause

Conditions of Confinement

1.  Filed Grievances #20-0466, 20-0679, 20-0327, 20-0396, 21-3359 20-0322, 20-0302, 21-3790, 21-3359, 21-3791 E, 21-0508. The Grievances 21-3790, 21-3359, 21-0508 was Exhausted and mailed to The Administrative review Board & I Never received a final response Back; nor Was Grievance Original Returned to attached to Complaint & this Facility Records office and Counselors are willing to Provide the filed grievances For Plaintiff if the court ~~demanded~~ Demand But Will Not Give to Plaintiff

Conditions of Confinement

2.  Count-2 Filed grievances 20-2172, 20-2224, 20-2422, 20-2478 20-2510, 20-2171, 20-2219, 21-1655, 21-1887, 21-2323 is still Pending Within the Administrative review Board. →

5A of 10

Grievances 21-1940, 20-1575 and 21-3359, 21-3048 are all Exhausted mailed to the Administrative Review Board, Plaintiff have Not Received a Final decision from the Board and it is pass over due, some times the Administrative Review Board have mailed to me other people Grievances Responses They may have done this to me. Plaintiff States that upon discovery decisions of these Grievances Can Be Produced.

There is Lot's of Prisoner's whom has filed grievances and had Their families Call to this facility to Report Being Exposed to Excessive Heat & humidity One is Jeral harvey & Robert Adams. This Cause should Be a Class Action Becuase it Affects Everyone Within The Facility.

Due to the COVID ON quarantine Lockdowns Being Confined to 23½ hours for months and at times weeks NO Prisoner was allowed to sign up for sick call Nor visit the Healthcare unit thus Prisoner suffered Behind steel doors on units; In Year 2022 the facility Purposely Start Selling us fans the size of your hand Knowing it is INAdequate to Defend against such long temperature in Rooms. These Rooms are Hotter then the weather outside - Imagine Being in these rooms Hotter Then a Automobile left in the Sun for 24 hours, it is torture a Slow Roast of humans, we are Roasting in our rooms and difficult to Breath it is soo humid, officers doesn't Come In their Rounds for security Every 15-30 mins. 5B of 10

# Statement of Claim

This is a Civil Rights Complaint under 42 U.S.C 1983 Filed By the Plaintiff Christopher Scott #R-31806 Pro Se. A State of Illinois Prisoner States his United States Constitution Rights Were Violated & A deprivation under the 8th Amendment where Prison officials Failed to Protect Plaintiff health and Safety where is conditions of Confinement was Not Humane subjecting Plaintiff to Severe low Winter temperature where the Blankets given have over 80 thousand Holes depriving plaintiff of Warmth Due to the Window Area in his Rooms had No window seal and was damaged that allowed for Freezing Cold Winter Wind Come into rooms 24/7 daily and all Nite depriving the Defendant of Sleep to Now He has to take psychotropic drugs to sleep Now and have Been diagnosis With PTSD and ADHD resulting in Cruel and Unusual Punishment Where plaintiff hands and Feet stayed Numb and hurts, Back pains With headache From Shivering and shaking for long hours Because the defendants refused to move Plaintiff to a Working Adequate Room. Defendants demonstrated they didn't Care about Plaintiff Life Because He was in Prison, Plaintiff Now undergoes Mental health for Anxiety too.

Plaintiff Was Also Deprived of his 8th Amendment where his Conditions of Confinement Was inHumane Conditions where Plaintiff Was subjected to Rooms in this Facility that have No Working Air Ventilation Nor Air Exchange in his Room #72, Plaintiff Suffered in Excessive heat For 23½ hours to Weeks of 22½ hours of room feeling Severely Hot & humid where the Skin

6A   of   10

Between his inner thighs peeled off from the sweat and wiping having difficulty breathing suffering from heat related symptoms such as pain in eye balls, dried eyes, blurred vision, irregular heart beats. Plaintiff have health issues that is life threatening under the conditions of excessive heat & humidity for 22½ hours Asthma, hypertension Atelectasis. Defendants have voiced and demonstrated they do not care for Plaintiffs life health or safety where defendants all have the authority to move plaintiff to a adequate room or allow him out to take a shower or go to healthcare to cool down & breath, Thus the conditions of confinement at Western facility subjects plaintiff to torture, cruel & unusual punishment, inhumane conditions for over 2 years, Blister on his hands and feet, defendants ignored Plaintiff complaints and taken no corrective action.

Plaintiff states to the court that Air Conditioning & central Air is provided in all Dept of corrections staff offices and stations & no cooling systems for prisoners units and rooms. Prisoner are suffering in the summer months of Heat related symptoms and in the winter months severe cold weather where the thin coats and gloves all 1 layer cannot protect us from cold wind coming into room 24 hours daily from damaged window area's rusted and broken window seals and some are missing. Plaintiff have been prohibited from sleep from excessive cold nights I ~~feel~~ now jump out of my sleep at times feeling paronoid with fast heart beats now for the last 2½ years feeling like ⟶

7A of 10

I'm cold, I have a higher Extra Asthma medication, I now have to take Psychotropic medications to help with my INSOMNIA And ANXIety Caused By the Defendants/ conditions of Confinement and I see Mental health Monthly See Mental health Records.

Plaintiff Asks the Court to make this a Class Action & Visit this Facility & Interview those IN Custody & Visit the Rooms and Ceilhouse units Complained of, Check the Vents IN Room that was initially given Funds to Build a Cooling system that Never happened. The Vents iN room designed for Air exchange Doesn't Work & most doesn't Work Adequately, Damaged Windows, NO Window seals, Cold Showers. I Also have witnesses that have Filed grievances & Lawsuits for the Conditions Within the Facility.

1. ~~Witness ✗~~
Javarus Leach, Lamontreal glinsey, Robert Adams, Corey phillips Angelo Bennett, Jeral harvey.

2. Lamontreal Glinsey & Robert Adams have Filed 1983 suits Against this Facility | Case is 3:21-CV-03155-CSB

3. Angelo Bennett was IN 3 house with plaintiff during the Cold rooms, cold showers ON The disciplinary unit.

4. Corey phillips, Javarus Leach, Lamontreal glinsey did Time iN 2 house D Wing With plaintiff During the Excessive Hot & Cold 2020 - 2022 Years & Can Voiced their experience through Affidavit Attached & Called As Witnesses

8A of 10

Witnesses Jeral harvey & Robert Adams and Dwayne Bolden was on the same 1 house A wing unit filing their own Grievances Pertaining to the Experience that is Pending during the Heat Advisory Days and Excessive heat without any Air circulation, Plaintiff would have more affidavits from those in Custody Yet most Prisoners Rather Suffer & die then suffer the Retaliation of Filing Grievances within facility By Strip searches, destroy room with our property or killed in facility. Prisoners Are afraid.

Being housed in Room #2 house D-wing #72 for 2 Summer Seasons was like Being in a oven turned on at 100 degrees without any Air Circulation and gets Hotter from 11am-7pm daily. It is a struggle to Breath; The small Fans sold only Blows around the humid Air, we are sweating for 22 plus hours, skin is Rubbing off. I have to put a towel in the window to keep the Sun out, their is No Air Conditioning Nor a Cooling system to provide relief from the Excessive heat & humidity. The Defendant's knows this Yet Demonstrates it is Nothing they will or can Do. We Experience Heat related Systems, dizziness, Fatigued, Dyhydration headaches, swelling of hands and feet.

In the Winter months I ce Forms in my room on the window Area ceiling dripping Water the wind is blowing atleast 1 mph into the Room. Water drops have frozen inside the room By the ——

9A of 10

Window the Entire room WINDOW area is wet with water drops form on the Ceiling, Cold Winter Wind Comes in from all angles of Window. I & my roommate Leach have Placed on Every piece of clothing we own. Even The Blankets and Thin Coats are NOT Equipped to Combat the severe low Cold Temp feeling like hyperthermia Conditions where I'm shaking & shivering for the Entire day & nite my hands and feet are Numb from the Cold of 22 - 23 hours a day. The ONLY relief is when we are let out for showers & inhopes the water is Hot. But once the shower is over it is Back to putting on all our Clothes again to Survive & not die. No matter how much Plaintiff Complained their was NO decisions made By the Defendants to Correct the problem. The Heater is under the Window by The Floor & only half of it Works, so when the Freezing Cold air Comes in all day it Blows over on the heater which makes it impossible to Warm the room. This has Caused Plaintiff Lack of sleep, Body Aches and ~~then~~ Back pains. There Was days plaintiff Was sure he would surely die. Plaintiff roommate had a dietary Job so he would stay in The kitchen 8-12 hrs to have relief from the Cold temp & Hot & humid Conditions Faced

There Are many rooms in this Facility that have Broken Window Seals & No Window Seals & damaged rusted Windows from the Ice melting without repaired window seals & repaired windows the Cold Winter Wind will Continue to Blow into rooms making rooms Extremely Cold Because the Windows Cannot Close tightly. without a Cooling system or Adequate Ventilation within Rooms that fully Works and IN the Dayroom

The Facility Cellhouses Will Continue to Be Excessively Hot & humid Because their is NO Cooling system The 2 Fans; 1 Placed in the front of the cellhouse & 1 fan at the very Back Fans does Not Blow Air pass 6 feet where over 105 prisoners live Behind STEEL doors NO air coming in or out to cool unit down. There is no relief at all and The very small Fans sold in 2022 Desk top Fans/hand held Fans & the 8 inch Fans Cannot Combat the Excessive Hot & humid Conditions. The I.D.o.c Administration within this Facility & its own Cellhouse staff Are witnesses Especially the Defendants in this Cause How Extreme the Heat/humidity is in the units and Rooms and still Refuses to Authorize Bigger Fans or a Cooling System that is supplied within rooms and units where the prisoners live, it is Because The Air Conditioning is set up for the Administration Buildings and area's Correctional staff is Stationed.

Therefore if the weather Channel staff says; if you do Not have Air Conditioning go somewhere when it is cool during The Heat Advisory days & record Hot days. Yet prisoners have no where to go Being Confined to 22 hrs daily in a Heat Box, the ventilation System in rooms Doesn't work & the ones that does will not Cool down the room from the Heat & humidity. These Conditions poses a danger to our health, safety and lives.

Plaintiff Asks the Court to Come to the Western facility And Bare witness to the Excessive Heat in the units and in rooms for longer then 1 hour; There is dead insects on the outside window room screens the windows doesn't open fully The Exhaust Fans Cannot Blow Air into None of the rooms; if you interview

10 B of 10

Any Person housed in this facility that is not a Worker or Confidential Source, the ones that has to be housed in room for 22½ hours will tell you how the rooms get Extremely Hot feeling like 100 plus degrees difficulty to Breath and Sweating the Entire day

On 6-16-22 it says in mount sterling Temp is 83° Feel like 91° if you leave a child or dog in a Car for 10 mins the temperature will be 98° & 30 minutes 120 degrees, Imagine Being in a small Closet for 22½ hour daily where the Sun shines in your room & their is Nothing but heat & humidity and Time goes by Temperature rises with humidity & all the Small Fan does is Blow Hot Air on a small section of your Body while the rest continues to Sweat & constant wiping dries your skin out, too hot to move, Difficulty Breathing, Dizziness, headaches Feeling frustrated no ice. No Cooling System & you have to Experience this Everyday again & Again. Defendants dont care due to they are cool in their Area No matter how many daily Complaints is made No one will Be Sent to healthcare or let out of rooms to Cool down or Recieve medical attention unless you #1 Pass out unresponsive, or stroke out or Refuse to lock up meaning disciplinary in Segregation No property & No Fan. Prisoners are intimidated of filing Grievances or Asking for Help due to the fear of retaliation By Facility staff. These rooms Heat up like a Car where Temp are high By 12pm - 7pm Daily Soo does our rooms and the Walk to the Dinning hall is Soo Excessively Hot We are prohibited from Wearing Wet towels or shirts to go Eat.

10 c of 10

The SKIN Between my feet/toes sticks together and have Peeled off. We cannot keep socks on Nor pants, Nor shirts on in Our room No longer then 5-10 minutes Because your skin stays moist from Sweating; Blisters Forming on Fingers and feet small ones. I signed up For Sick call on 6-15-22 at 12:30pm and reported these Conditions; am positive I will Not Be Called to the Healthcare unit due to their is always Complaints of Conditions of Confinement from the Excessive heat; humidity And it is Nothing medical staff Can do about the units or rooms Being to Hot; humid to live in or Breathe in But will Call us for other Complaints

Plaintiff States the Defendants have the Power to Change the Conditions of Confinement But will Not Because they are only Affected when they Come on the units and Experience the Hot; humid No Adequate Ventilation; Heat in rooms for a limited time for cell Searches then go Back to their Cooling Area. The Administration refuses to Fix the problem; Defendants Also Failure to Repair and report Conditions, and sell us Bigger Fans or place Cooling systems in cellhouses and Mans for those in Custody. Prisoners will Continue to Suffer in Cruel and unusual punishment; die if Conditions is Not Fixed. Grievances have Continue to Be filed By Plaintiff; seeking Medical Assistance, Vents have Caked up Dirt and Not clean inside or out.

10 D of 10

There is a Facility called "Shawnee" that have a dog Program their Dogs have Air Conditioning Yet the News stations and Weather channels shows citizens placing their dogs in cold pools of Ice and stating Fans are Not Enough go some-where it is cool. Those of us in the Western Facility cannot go Anywhere cool when we are confined to our rooms that are like Ovens.

Some Grievances the Facility staff have confessed that the rooms Does mirror the conditions outside, so imagine Being outside in the Hot & humid fields in mount sterling for 22 hours in the same spot with alittle desk top Fun sweating daily like this in a small Room It is torture and cruel & unusual punishment. The Paint on the walls sticks to our Backs Floors are wet & the ~~toilet~~ toilet drips from the Heat, their is No way Any air come into these rooms to circulate Nor cool in off this is a danger to our lives. The Ambulance have come to the facility Recently, Prisoners have Passed out from the Heat outside and from the heat within the units.

All of the Employees of the department of Corrections have cooling systems in their stations, But those of us in custody ~~that~~ that lives here does Not. the units was designed for Air conditioning But Appears it is only where Officers are stationed. Even the defendants placed under oath will testify the cellhouses are rooms of Prisoners Are extremely Hot & humid which causes them to sweat when walking on the units.

10 E of 10

Important

I have an Lung Condition Called Atelectasis in which one of my Lung collasped and it is Life threatening. I also have Asthma that can also Kill me if Im subjected to the conditions of Excessive heat & I have an asthma Attack. I Also have high Blood pressure/hypintension, By me ~~Bress~~ Breathing Already out of 1 nostril and a Lung Condition it is important that my Lungs doesnt continue to struggle to Breth in air Especially Hot & humid AIR & Being under Excessive heat will Contribute to my Blood pressure Being High and taking medication under these conditions will Cause Reactions. my lungs are struggling working over time.

It is already early June of Summer and prisoners have fainted & had heart Complications. If it is ~~88~~ ~~degrees~~ 88+100 degrees outside our rooms are +20 degrees. The Ice machines Are Outdated in our units and Break down. Those in Custody in Western facility are at a Higher RISK of Heat related Illnesses & Being hospitalized and Death. Winter months Ice Form inside of Rooms Window area Are Frozen with ice inside and Cold air Blowing in & Please review Affidavits. I have filed grievances For Year 2022 for excessive heat they all are not Fully Exhausted & Are pending & have reported Heat related Conditions. The failure to sell Bigger fans or provide a Cooling system will Continue to violate our 8th amendment & a failure to protect our health & safety.

10 F of 10

# Claim - 1

Defendants Failed to Protect Plaintiff From Extreme Low Cold temperatures, Failed to provide plaintiff With a Room that have Adequate heat, a Window that Properly Seals. Plaintiff Room had No working hot water; No hot showers. The Conditions of Confinement Exposed Plaintiff to Hypothermia Conditions was a Danger to his health; safety resulted in Cruel & Unusual Punishment. This is a 8th Amendment Violation where all Defendants was deliberate indifferent; failed to Respond Reasonably to Plaintiff Conditions of Confinement.

① ON January 13th 2020 6pm Plaintiff was moved to Unit 3 house A-Wing A Disciplinary unit placed in Cell #58 until January 20th 2020. Cell #58 had Adequate Heating & Working Hot water in the cell, The unit Showers was Always Cold.

② ON January 20th 2020 5:30pm Plaintiff was Forced to move to Room #37 at the Front of the unit to Be the Unit Janitor. Upon Entering Room #37 Plaintiff Noticed this Room was Extremely Cold. Plaintiff Noticed There was Freezing Cold Air Coming From All Angles/Edges of the Window Top & Bottom. The Walls, Desk, mattress & pillow was harden Due to the Temp was at 4° - 9°.

1 of 8

Plaintiff thought By him ~~moving into~~ Moving into this Cell within Afew hours it would warm up, By 9pm Plaintiff Wasn't able to sleep Due to it was soo Cold feeling like Plaintiff was outside in the Cold. Plaintiff Back, hands and feet Started to hurt & hands and feet felt numb and swollen. Plaintiff Was shivering all nite where Temperature outside of degrees felt Like inside of Cell. The Conditions dangered Plaintiff health & safety.

3. At January 21st 2020 around 4am-5am The Low temperature was so Painful to Plaintiff hands and feet & Back. Plaintiff Caught Defendant Waterstraat at Room #55. Plaintiff had Defendant Come to his room. Plaintiff Advised Defendant That his Room is soo Cold He might Not Survive & that his Back is hurting, my hands & Feet Are Numb & hurting Badly & this is a danger to my health & safety, Can Defendant Move him to Another Room. Waterstraat Advised Plaintiff He has to Refused housing & stated you dont Want to do this Due to the Rooms in Segregation & Receiving Are the Same. Plaintiff told Defendant He doesnt Want to Refuse housing due to that is Another disciplinary ticket he Doesnt Need Additional 60 days of No Phones call to his Family members with Privilege Restriction. Plaintiff Ask the Defendant to move him to Another Room Becuase this

2 of B

Defendant Waterstraat have the Authority to have the Plaintiff move to a Adequate Room, with Heating & A Window That isn't damaged Seal with Working Hot Water. Plaintiff told Defendant He want to Refuse Being in this Room Because his Mattress, Walls, Pillow Are Cold & Cold air is Coming in from outside & the Blankets cannot Combat these conditions of Being 10° degrees outside with Ice around Window. Defendant stated he will not give me A Extra Blanket NOR move me.

Plaintiff State for this Court it is against this Facility Rules to have 2 Blankets. The Blanket has a direct Total of 264 Long lines From left to Right on each half of Blanket making it a total of 528 Lines in Blanket. Inbetween Each line is 167 Small spaces making it a total of 264 x 167 = 43,888 Holes on Each half of Blanket. On 1 Side is 43,888 holes other is 43,888 making it a total of 87,776 hole in the Entire Blanket. The Blanket is Basically So Thin you Can See through it. It will not keep any Prisoner warm.

Temp was so Low Plaintiff had to walk to the dining hall in the Freezing Cold to Eat Breakfast & Come Back Into a Freezing Cold Cell. Plaintiff was Forced to turn his Hot Pot to Put Steam in the Room. Plaintiff had to Sleep under the

3 of 8

The Desk By the WINDOW Due to this room Heater Vent is iNstalled Directly uNder the WINDOW, So when the Cold AIR Comes IN it RuNs on top of the Heater which mounts to No heat iN Room. Plaintff tried to sleep But his Body Jerking him Awake From Being Extremely Cold And Exposed to Freezing Cold Temps for many hours of shivering.

④ January 21, 2020 at 7am-720am The Cellhouse WiNg officer Name is BoweN. PlaiNtff will Call him JohN Doe # 11. He refused to spell his Name. DeFendant Works 3 house A-WINg 5 days a week. Plaintff stopped John Doe #11 statiNg when he FiNish CouNtiNg those iN Custody he would Like to speak to him aNd the Cell house Sgt whom was DeFendant ForMaNs

John Doe #11 Come with the 3 house Sgt ForMaN, defendant ForMaN is a LieutenT NOW. Plaintff Advised Both deFendants that He is haviNg Severe headAches From trying to sleep and Cannot and My Back is hurtiNg Badly. Plaintff States his hands and Feet are very NumB and Cold and hurts. Plaintff Advised DeFendants that is Room WiNdow #37 Doesnt have a RuBBer WiNdow Seal which allows For the Freezing Cold Air to Come IN from All angles of the WiNdow making the room Severely Cold aNd i Cannot Wash up it is Cold And there is No WorkiNg Hot Water →

4 oF B

The 2 Defendants Forman & Defendant John Doe #11 Open Plaintiff room #37 and Felt the Cold Air Blowing out towards them, Both stated it is Cold in there But you are the Cellhouse Janitor We are sure you'll Find A Way to Stay Warm After Lunchtime. Plaintiff Replied it is Cold Now Im Suffering, i Cannot sleep and my hands and feet Are Numb and they hurts. Plaintiff stated He want to Be moved to another room. Both the Replied in Agreement maintenance Knows there Are rooms that are Cold.

At Noontime Plaintiff took a Plastic Bag tore it & placed it strategically around the Window Area, there is Ice Build up around the Window Edges preventing the Window From closing shut, without Any Window seal that is a rubber Piece placed around the Edges of the window this allows For Freezing Cold Air Came in for over 24 hrs Subjecting this Plaintiff to Conditions of Hypothermia.

In the Afternoon the Laundry Room Worker in room #38 Next Door Asked Defendant John Doe #11 Wing officer, to Open Room #36 He Believes the Window is Open Because No one have lived in there For Awhile. John Doe #11 told Plaintiff That room #36 Window was Left Opened & Contributed to the Walls and Coldness Within my room But he will Not move me.

5 of B

DeFendant John Doe #11 Closing Room #36 Window and the
~~Door~~ Plaintiff Placing a Plastic Bag over his Room Window did
Nothing to Warm Room. Plaintiff spent Another Nite in Room #37
Shivering & shaking unable to sleep with hands and feet Being Numb from
the extremely cold temperture of Outside Wind coming into room for 2
Days straight, in Pain Plaintiff will Never forget.

⑤　　ON January 22nd 2020 Temps were 28° Winter ADVISORY
Defendant sgt Fink & Defendant Lieutant givens Came to the 3 house
A-Wing unit Conducting Room compliance checks with a Band of
Correctonal officer's At 7:20 Am. DeFendant T. HAM with Reddish
Hair OPEN Plaintiff door & told Plaintiff to take Plastic Bag off the
Window. I Advised Correctional officer I have No Working Hot Water &
There is continace Wnter Cold Air Blowing in from the Window and Im
Severely cold all Day & Nite I Can't sleep. DeFendant T. ham Replied
" I DONT CARE Take it DOWN". Plaintiff Scott Replied Move me to
Another ROOM. DeFendant T. HAM slammed the DOOR and Walked
OFF. Plaintiff then Called to DeFendant FINK & DcFendant Givens
to discuss the Cold Conditions of his Room with No Hot Water, Both
Defendants Ignored Plaintiff Kept Walking upstairs to Further
Harass the Top tier of PRISONERs.

6  OF B

Winter Advisory 27° With Snow & Ice.

At 8Am The Bottom tier Was going to the gym. I Personally Stopped Defendant Sgt FINK on my Way out. I Advised Sgt FINK Freezing Cold Air Is Blowing IN my Room all Day & Nite. There is a Winter Advisory lower temps at Nite, its a Danger to my health & safety. I told Sgt FINK i have not slept IN Days, I'm having headaches, my hands are Cold & feet are Numb, my Fracture IN my hand hurts Now Causing Pain. Defendant FINK responded "Its Not his Problem Im IN Prison" So go to the gym or go Back in my Cold Cell. FINK insinuated that By Plaintiff Being IN Prison it Was Punishment i have to deal with.

After 9Am Back from the gym The Plumbers Was at Plaintiff Room to Fix the Hot Water. The Prisoner Plumber Press The Hot Water Button 10 times Still No Hot Water. The I.D.O.C Staff Stated All they Can do is Turn up the Water Pressure its Nothing to Be done & Alot of Cells have this Problem. Plaintiff have Not Washed up Nor slept IN 2 days

Around 11Am Plaintiff Was Let out his Room For his Janitor Duties. He Noticed Defendant Lt Givens. Plaintiff Called to Her Loud Saying He has an Emergency she replied I have to go & Left the Cellhouse. Camera's Will show proof.

7 OF B

Plaintiff Filed grievances #20-0302 and refiled it, 20-0307, #20-0396, #20-0322, #20-0679, #20-0466 and many others All to the highest Level to the Administrative Review Board. The Review Board Never returned original grievances with responses to attach to Complaint. see Exhibits #30-#31-#32, #33, #34, #35, #36, #37 Proves Grievances have made it to the highest Level.

(6.)   ON January 22nd 2020 Plaintiff Placed Exhibit #20 in the Correct Mail Box around 5:20 pm Plaintiff was mysteriously fired From his Janitor Job for Retaliation of Complaining of his Cold Cell. One of the Defendants John Doe #11, Defendant Fink or the Defendant Forman Called the Placement officer to have me fired and moved for filing of Grievances Plaintiff was moved to the Back corner room 3A-64 upstairs when all the Corner rooms are Cold. Plaintiff Noticed upon Entering Room #64 This was another room that was extremely Cold soo Plaintiff Went to the window and Noticed Parts of the Rubber Window seal was hanging off ; Plaintiff Cannot get to it Cause the Screen Blocks Access to the window. The window when trying to close Pops right Back Open incapable of Closing Which have Contributed to the Room already Being ~~cold~~ cold due to the window Cannot close and Addtionally Ice & Snow have Formed where the window have stayed Open. Due to No One ⟶

8   OF B