IN THE
United States district court for the
Central district of Illinois division

Christopher Scott #R-31806
~~Plaintiff/Petitioner~~

Vs.

Foreman Et al
~~Defendant/Respondent~~

No. 22-CV-3116-SLD

PROOF/CERTIFICATE OF SERVICE

TO: Christopher Scott
# R-31806
2500 Route 99 south
MT sterling - IL 62353

TO: Dowin Coffy
Asst Attorney general
500 South Second Street
Springfield, Illinois - 62701

PLEASE TAKE NOTICE that on _____ 20___ I placed the attached or enclosed documents in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service. 1. Motion for Recruitment of Counsel

DATED: 6-20-23

/s/ Christopher Scott
NAME: Christopher Scott
I.D.O.C.#: R-31806
Western Correctional Center
~~~~ 2500 Rt 99 south
MT sterling IL 62353

Subscribed and sworn to before me this 29 day of June, 20 23

Notary Public [signature]

SCOTT GREGORY
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Jul 15, 2024

United States district Court For The
Central District of Illinois Division

Christopher Scott
R-31806

vs

Foreman, Et al.

No. 22-cv-3116-SLD

## MOTION FOR Recruitment of COUNSEL

I, Christopher Scott #R-31806 PRO se is The Plaintiff in this Cause. I'm unable to afford services of an attorney and I ask this Court to Recruit Counsel to Represent me on this Cause. I do understand that this Court will attempt to Recruit Counsel only if Certain Criteria are met.

I have attempted to find an attorney to take on my Case By the Following Below:

① I have written to a list of Civil Lawyer Firm listed By the Facility and a friend Name Sasha pFeiffer and have Received No Response and Return of address

Ⓐ prior to the filing of this Case, I sought Representation By writing to Chicago Volunteer services see Exhibit #1 and Was told Return to Sender

1 OF 3

(B) I wrote to Prisoner's Right Research project and was told this organization no longer exists [Exhibit #2.] Many addresses the prison has for lists of Pro Bono Services no longer exists.

Therefore I took upon the addresses my friend Sash Pfeiffer gave me to write below

Mayer Brown
71 South Wacker → (No Response)
Chicago IL 60606

Dvorak Law offices, LLC  (Exhibit #2)
6262 Kingery highway
Willowbrook, IL 60527 → Return to Sender.

(C) I Recently wrote to this last one during discovery in May 2023  Sidley and Austin, Pro Bono Committee 2 South Dearborn, Chicago IL. 60653 and Received No Response.

(2) Plaintiff also takes psychotropic medication Trazadone and anxiety medication which keeps him sedated and drowsy at times and trazadone puts him to sleep inwhich provides plaintiff lack of focus to finish litigating this cause. Facility will not provide me the medication chart.

(3) Plaintiff has conducted discovery and is up against professional and qualified Lawyers that has direct access to research materials he cannot obtain to protect his Constitutional rights throughout this proceedings, Plaintiff is

2 of 3

at a disadvantage without having the necessary tools at his disposal to conduct oral-depositions and at the least make defendants turn over "Production of documents" as plaintiff has wrote to Lawyers Dowin Coffy twice and received no response.

4) The criteria is that plaintiff must seek representation and provide the court with proof of correspondence in which plaintiff has done entitling him to recruitment of counsel. Plaintiff have requested that the facility provide him with the legal mail outgoing log sheet to further show the court of correspondence but the facility refuses to respond so plaintiff have attached said envelopes that was returned.

5) If there is a adverse ruling to this motion please advise plaintiff on the reasons why his motion for recruitment was denied so he can have a way to proceed so that his next motion can be granted.

Conclusion and Relief

To be granted recruitment of counsel by the honorable court.

Subscribed + Sworn
June 29, 2023
[signature]

SCOTT GREGORY
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Jul 15, 2024

9 OF 3

Respectfully
/s/ Christoph Scott
Christopher Scott
R-31806
2500 Rt 99 South
Mt Sterling-IL
62353



Exhibit #1

5-26-23

TO: Dvorak Law offices, LLC
6262 Kingery highway, suite 305
Willowbrook IL 60527

From: Christopher Scott # R-31806
2500 Route 99 south
mount sterling - Illinois - 62353


Dear Dvorak Law offices

My Name is Christopher Scott ID# R-31806 Thanks for taking the Time out your day to Read this. I'm seeking Representation on a Civil Rights violation of Inhumane Conditions within the prison facility Western for exposing myself & many others to Excessive Heat during the Summer Seasons with poor ventilation no cooling process that have caused heat related symtoms and my skin to peel off and #2 Exposed myself to severe low winter weather the windows have no window seals and there is cracks in the concrete and window area that allows wind upto atleast 1-5 mph to come into room from the window. This has caused me Insomnia and Anxiety I Jump out my sleep and I'm on medications for Anxiety ADHD and sleep medication, I have exhausted all my Remedies, over 10 grievances, Affidavits, request forms to Fix Conditions and Defendants failed to do so.

My Case No# is (22-CV-3116-SLD) Scott v. Waterstraat Et al in the Central district. I'm at the discovery phase and I'm seeking

Representation whether By Contingency fee or Pro Bono. I have a friend Name Sasha Pfeiffher out of New york that is a Architect and I have diagrams of how this Exhaust Vent System Suppose to Work & this facility have it Not Working properly.

My Room for 2 Summer Seasons Ventilation System did Not Work after I had Reported it Numerous times Nor did my Window have a seal on it to stop the Cold air from Coming into Room for 2 ~~so~~ Winter Seasons and the room Windows Would Not Close tightly Concrete was damaged et.c This is Just the short Version I paid the filing fee and I'm at my discovery phase and I'm looking to Recruit Counsel Now. If this Kind of Case sparks your interest please Contact me

I look forward to your Response.

Respectfully
/s/ [signature]





